FILED
MAR 24 2006
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COUrf
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ONDRAY MCKNIGHT and DONALD SCOTT ) ) ) | |
| Plaintiffs, ) | Case No. 05 C 5180 |
| ) vs. ) ) | |
| Chicago Police Officer David Quinn, ) Star No. 4233, An Unknown Number ) of Unknown Officers, and The City ) of Chicago, ) ) Defendants, ) | Judge Grady Magistrate Judge Valdez |

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiffs, Ondray Mcknight and Donald Scott, by their attorney, Garret Browne, and defendants, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and David Quinn, John Kuksuk, and Victor Delapasqua, by their attorney, Avi T. Kamionski, Assistant Corporation of the City of Chicago, herein stipulate and agree to the following:

1. This action has been brought by plaintiffs, Ondray Mcknight and Donald Scott, against defendants, City of Chicago, David Quinn, John Kuksuk, and Victor Delapasqua, and makes certain allegations contained in Plaintiffs' First Amended Complaint.

2. Defendants deny each and every allegation of wrongdoing as stated in Plaintiffs' First Amended Complaint, and, further, deny liability.

3. The parties and their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and

employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees. The parties and their respective attorneys further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiffs and their attorney agree that they or any firm with which said attorneys are affiliated or with which said attorneys may later become affiliated shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4.   In consideration of the hereinafter indicated settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiffs, Ondray Mcknight and Donald Scott, agree to dismiss with prejudice all of their claims against defendants, City of Chicago, David Quinn, John Kuksuk, and Victor Delapasqua, with each side bearing its own costs and attorneys' fees.

5.   Plaintiffs, Ondray Mcknight and Donald Scott, accept a settlement from defendant, City of Chicago, in the total amount of FIVE THOUSAND FIVE HUNDRED AND NO/100 ($5,500.00) DOLLARS, with each side bearing its own costs and attorneys' fees

6.   The City of Chicago agrees to pay plaintiffs the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and plaintiffs and/or their attorney agree that they will not seek payment from any source other than

the City of Chicago. The settlement check will be made payable to plaintiffs, their attorney, and lien claimants, if any, of which the City has notice.

7. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiffs agree to indemnify and hold harmless the City of Chicago, and its future, current, or former officers, agents and employees including, but not limited to, the individual defendants, David Quinn, John Kuksuk, and Victor Delapasqua, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by plaintiffs under this settlement entered pursuant to this Release and Settlement Agreement.

8. Plaintiffs, upon advice of counsel, understand and agree that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, plaintiffs do hereby release and forever discharge on behalf of themselves and their heirs, executors, administrators and assigns, all claims they had or have against the individual defendants, David Quinn, John Kuksuk, and Victor Delapasqua, and the City of Chicago, and its future, current or former officers, agents and employees, including but not limited to all claims they had, have, or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis of this litigation, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants. Additionally, Plaintiffs, upon advice of counsel, understand and agree that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, Plaintiffs do hereby release and forever discharge on behalf of themselves and their heirs, executors, administrators and assigns, all other claims

arising either directly or indirectly from any other contacts, allegations of use of force, searches, arrests, prosecutions, and/or other incidents involving the individual defendants, David Quinn, John Kuksuk, and Victor Delapasqua, and the City of Chicago and/or any other City of Chicago personnel, from September 13, 2004, through the date this release and settlement document is signed by plaintiffs and their attorney.

9. This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

10. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

11. In entering into this Release and Settlement Agreement, Plaintiffs represent that they have relied upon the advice of their attorney, who is the attorney of their own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to them by their attorney, and that those terms are fully understood and voluntarily accepted by plaintiffs. Plaintiffs also represent and warrant that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that they and their attorney have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned,

4

transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

12. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

*Signature*
Ondray Mcknight, plaintiff
9038 S. Marshfield
Chicago, IL 60620

Date of birth: _____

Date: 3-17-06

*SSN: [redacted]

*Signature*
Donald Scott, plaintiff
6933 S. May
Chicago, IL 60620

Date of birth: _____

Date: 03/17/06

*SSN: [redacted]

*Signature*
Garrett W. Browne Esq.
Attorney for Plaintiffs Ondray Mcknight and Donald Scott
Ed Fox & Associates
300 W. Adams Street
Suite 330
Chicago, IL 60606
312-345-8877
Attorney No. 6242592

DATE: 3/20/06

City of Chicago
a Municipal Corporation

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

BY: *Signature*
Catherine M. Kelley
Assistant Corporation Counsel
30 North LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 744-1566
Attorney No. 06236984

DATE: 3/24/06

*Signature*
Avi Kamionski
Assistant Corporation Counsel
Attorney for defendants,
David Quinn, John Kuksuk, and Victor Delapasqua
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 06283191

DATE: 3/24/06

*Providing SSN is voluntary